B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Aleman, Randel W.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Aleman, Jeanne M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1304** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5060** |
| Street Address of Debtor (No. and Street, City, and State):<br>**583 Center Green Drive**<br>**Las Vegas, NV**<br>ZIP Code **89148** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**583 Center Green Drive**<br>**Las Vegas, NV**<br>ZIP Code **89148** |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business:<br>**Clark** |
| Mailing Address of Debtor (if different from street address):<br>**7272 S. El Capitan Way**<br>**Las Vegas, NV**<br>ZIP Code **89148** | Mailing Address of Joint Debtor (if different from street address):<br>**7272 S. El Capitan Way**<br>**Las Vegas, NV**<br>ZIP Code **89148** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Aleman, Randel W.**<br>**Aleman, Jeanne M.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **Nevada** | Case Number:<br>**12-10027-MKN** | Date Filed:<br>**1/03/12** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ H. Stan Johnson, Esq.**                    **June 13, 2013**<br>       Signature of Attorney for Debtor(s)            (Date)<br>**H. Stan Johnson, Esq.** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| <br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)             Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Aleman, Randel W.**<br>**Aleman, Jeanne M.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X  /s/ Randel W. Aleman**<br>Signature of Debtor  **Randel W. Aleman**<br><br>**X  /s/ Jeanne M. Aleman**<br>Signature of Joint Debtor  **Jeanne M. Aleman**<br><br>Telephone Number (If not represented by attorney)<br><br>**June 13, 2013**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>**X  /s/ H. Stan Johnson, Esq.**<br>Signature of Attorney for Debtor(s)<br><br>**H. Stan Johnson, Esq. 0265**<br>Printed Name of Attorney for Debtor(s)<br><br>**Cohen-Johnson, LLC**<br>Firm Name<br><br>**255 E. Warm Springs Road**<br>**Suite 100**<br>**Las Vegas, NV 89119**<br>Address<br><br>            **Email: rpoll@cohenjohnson.com**<br>**702-823-3500  Fax: 702-823-3400**<br>Telephone Number<br><br>**June 13, 2013**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re  **Randel W. Aleman**
     **Jeanne M. Aleman**
                      Debtor(s)

Case No.
Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Randel W. Aleman**
                     **Randel W. Aleman**

Date: **June 13, 2013**

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

Certificate Number: 15725-NV-CC-021191313



15725-NV-CC-021191313

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 13, 2013, at 5:40 o'clock PM EDT, Randel Aleman received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Nevada, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:  June 13, 2013         By:    /s/Anthony Levato

                             Name:  Anthony Levato

                             Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re: **Randel W. Aleman / Jeanne M. Aleman**, Debtor(s)

Case No. _____

Chapter **7**

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Jeanne M. Aleman**
**Jeanne M. Aleman**

Date: **June 13, 2013**

Certificate Number: 15725-NV-CC-021191314



15725-NV-CC-021191314

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 13, 2013, at 5:40 o'clock PM EDT, Jeanne Aleman received from 001 Debtorcc, Inc., an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Nevada, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 13, 2013        By:    /s/Anthony Levato

                             Name:  Anthony Levato

                             Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

```
Randel W. Aleman
Jeanne M. Aleman
7272 S. El Capitan Way
Las Vegas, NV 89148

H. Stan Johnson, Esq.
Cohen-Johnson, LLC
255 E. Warm Springs Road
Suite 100
Las Vegas, NV 89119

Clark County Assessor
500 South Grand Central Pkwy
2nd Floor
Las Vegas, NV 89155

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551220
Las Vegas, NV 89155-1220

Dept. of Employment Train Rehabilitation
500 E. Third St.
Carson City, NV

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
100 Cambridge Street, 7th Floor
Boston, MA 02114-9564

Nevada Department of Taxation
1550 College Parkway, Ste. 115
Carson City, NV 89706-7937

State of Nevada Dept. of Motor Vehicles
Attn: Legal Division
555 Wright Way
Carson City, NV 89711-0725

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

American Express
Acct No xxxxxxxxxxxx8813
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355
```

```
American Express
Acct No xxxxxxxxxxx7613
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355

American Express
Acct No xxxxxxxxxxx7363
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355

American Express
Acct No xxxxxxxxxxx7983
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355

Bank Of America
Acct No xxxxxxxxx5642
4060 Ogletown/Stanton Rd
Newark, DE 19713

Bank Of Nevada
Acct No xxxxxxxxxxxxxxxxx0908
2700 W Sahara Ave
Las Vegas, NV 89102

Bank of Nevada
Acct No 2435
c/o Kaempfer Crowell Renshaw Groenauer
8345 W. Sunset Rd, Suite 250
Las Vegas, NV 89113

Barclays Bank Delaware
Acct No xxxxxxxxxxx6268
Attn: Bankruptcy
P.O. Box 8801
Wilmington, DE 19899

Brandon W. McCoy, Esq
Acct No 7410
Founding Partner
625 S. 8th Street
Las Vegas, NV 89101

Cap1/saks
Acct No xxxxxx6831
26525 N Riverwoods Blvd
Mettawa, IL 60045

CBA Collection Bureau
Acct No 9368
PO Box 5013
Hayward, CA 94540
```

```
Chase
Acct No xxxxxxxxxxxx7627
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxxxxxxxx2626
Po Box 15298
Wilmington, DE 19850

Chase
Acct No xxxxxxxxxxxx4028
Po Box 15298
Wilmington, DE 19850

Chase Auto
Acct No xxxxxxxx3616
Po Box 15298
Wilmington, DE 19850

Chase-pier1
Acct No xxxxxxxxxxxx6621
Chase Card Svcs/Attn:Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850

Citibank Sd, Na
Acct No xxxxxxxxxxxx1892
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

Citibank Sd, Na
Acct No xxxxxxxxxxxx7669
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

Comenity Bank/Maurices
Acct No xxxxxx0180
Attention: Bankruptcy
Po Box 18268
Columbus, OH 43218

Credit One Bank
Acct No xxxxxxxxxxxx9838
Po Box 98873
Las Vegas, NV 89193

Dell Financial Services
Acct No xxxxxxxxxxxxxxx3867
Dell Financial Services Attn: Bankrupcty
Po Box 81577
Austin, TX 78708
```

```
Discover Fin Svcs Llc
Acct No xxxxxxxxxxxx1571
Pob 15316
Wilmington, DE 19850

Dixon, Truman, Fisher & Clifford, P.C.
Acct No 0286
D. Shane Clifford, Esq.
221 N. Buffalo
Las Vegas, NV 89145

Dsnb Macys
Acct No xxxxxxxxx0520
Po Box 8218
Mason, OH 45040

Express/Comenity Bank
Acct No xxxxx9635
Attention: Bankruptcy Dept
Po Box 182686
Columbus, OH 43218

Famco Enterprises, LLC
Acct No 7410
c/o Bette L. Holmstrom
2311 Cascade Street
Las Vegas, NV 89142

Ford Cred
Acct No xxxx6650
Ford Credit
Po Box 6275
Deerborn, MI 48121

GECRB/ Dillards
Acct No xxxxxxxxxxxx9590
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

Gecrb/Amazon
Acct No xxxxxxxxxxxx5915
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

Gecrb/amer Eagle Dc
Acct No xxxxxxxxxxxx3731
Po Box 965005
Orlando, FL 32896
```

Gecrb/Chevron  
Acct No xxxxxxxxxxxx3148  
Attention: Bankruptcy  
Po Box 103104  
Roswell, GA 30076  

GECRB/JC Penny  
Acct No xxxxxxxxxxxx0665  
Attention:  Bankruptcy  
Po Box 103104  
Roswell, GA 30076  

Gecrb/walmart  
Acct No xxxxxxxx5082  
Po Box 965024  
Orlando, FL 32896  

Grant & Weber  
Acct No xxxxx8833  
26575 W. Agoura Rd.  
Calabasas, CA 91302  

Grant & Weber  
Acct No xxxxx2653  
26575 W. Agoura Rd.  
Calabasas, CA 91302  

Hsbc Bank  
Acct No xxxxxxxxxxxx1774  
Po Box 5253  
Carol Stream, IL 60197  

Hsbc/neimn  
Acct No xxxxxxx5170  
Po Box 5253  
Carol Stream, IL 60197  

Kaempfer Crowell Renshaw Groenauer  
Acct No 6019/5427  
8345 W. Sunset Rd, Suite 250  
Las Vegas, NV 89113  

Keith E. Gregory, Esq.  
Acct No 0290  
Keith E. Gregory & Associates  
2300 West Sahara Ave, Suite 680 Box 23  
Las Vegas, NV 89102  

Kohls/capone  
Acct No xxxxxxxxxxxx2219  
Po Box 3115  
Milwaukee, WI 53201

```
Mark G. Simons, Esq.
Acct No 237-C
Robison, Belaustegui, Sharp & Low
71 Washington St.
Reno, NV 89503

Metlife Home Loan
Acct No xxxxxxxxx8108
Pob 630148
Irving, TX 75063

Michael Correa, Imperial Motors, Inc
Acct No 1982
c/o Felahy Law Group
4000 Cover Street, Suite 100
Long Beach, CA 90808

Midland Funding
Acct No xxxxxx3938
8875 Aero Dr Ste 200
San Diego, CA 92123

Nevada State Bank
Acct No 5086
c/o Smith Larson & Wixom
Kent F. Larsen
1935 Village Center Circle
Las Vegas, NV 89134

Nordstrom FSB
Acct No xxxxxxxxxxx9539
Attention:  Bankruptcy Department
Po Box 6566
Englewood, CO 80155

Onyx Acceptance Corp/Capital One Auto Fi
Acct No xxxxx6243
Capital One Auto Finance
3905 N. Dallas Pkwy
Plano, TX 75093

Patenaude & Felix, A.P.C.
Acct No 8551
1771 E. Flamingo Rd., Ste 112A
Las Vegas, NV 89119

Pinnacle Credit Service
Acct No xF266
Po Box 640
Hopkins, MN 55343

Pinnacle Credit Service
Acct No xx2989
Po Box 640
Hopkins, MN 55343
```

Plumas Bank
Roger Katz
510 N. Main Street
Alturas, CA 96101

Ralron Capital Corporation
Acct No 7237
700 7th St South
Fargo, ND 58103

RLI Surety
Acct No 1686
RLI Insurance Company
P.O. Box 3961
Peoria, IL 61612-3961

SBS Construction Services of Nevada, LLC
Acct No 0286
1220 S. Commerce St. Ste C
Las Vegas, NV 89102

Sears/cbna
Acct No xxxxxxxxxxxx8564
Po Box 6282
Sioux Falls, SD 57117

Swift Fnds
Acct No xxxxxxxx8474
927 Deep Valley Dr
Palos Verdes P, CA 90274

Tnb-Visa  (TV) / Target
Acct No xxxxxxxxxxxx5148
C/O Financial & Retail Services
Mailstop BV   P.O.Box 9475
Minneapolis, MN 55440

Victoria's Secret
Acct No xxxxx4364
Attention: Bankruptcy
Po Box 182125
Columbus, OH 43218

Wells Fargo
Acct No xxxxxxxxxxxx8914
1 Home Campus X2303-01a
Des Moines, IA 50326

Wells Fargo Bank Nv Na
Acct No xxxxxxxxxxxxx0001
Attention: Bankruptcy
420 Montgomery Street
San Francisco, CA 94104

```
Wells Fargo Hm Mortgag
Acct No xxxxxxxxx1278
8480 Stagecoach Cir
Frederick, MD 21701
```